UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 357-359 SIXTH AVE. ASSOCIATES, LLC and SENECA INSURANCE COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES LIABILITY INSURANCE COMPANY, <br><br> Defendant. | : CIVIL ACTION <br> : <br> : No. 1:23-cv-220 <br> : <br> : <br> : <br> : <br> : <br> : <br> : **NOTICE OF REMOVAL** <br> : <br> : |

TO: Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant United States Liability Insurance Company ("USLI") hereby removes this action from the Supreme Court of the State of New York, County of New York, where this action is currently pending, and respectfully states as follows:

1. On or about September 19, 2022, Plaintiffs 357-359 Sixth Ave. Associates, LLC ("Sixth Ave") and Seneca Insurance Company, Inc. ("Seneca") (collectively, "Plaintiffs"), commenced this action by filing a Summons and Complaint against USLI in the Supreme Court of the State of New York, County of New York, under Index No. 158907/2022. A true copy of the Summons and Complaint, as filed, is attached hereto as Exhibit A.

2. On or about October 19, 2022, Plaintiffs served the Summons and Complaint on the New York Department of Financial Services ("DFS"), which received the Summons and Complaint on October 26, 2022. A true copy of the DFS's acknowledgement of service, dated October 26, 2022, with enclosures is attached hereto as Exhibit B.

3.      USLI received a copy of the Summons and Complaint from the DFS on October 31, 2022.

4.      There are no allegations in the Complaint as to the amount in controversy. *See* Ex. A.

5.      On November 15, 2022, USLI filed its Answer and Affirmative Defenses in response to Plaintiffs' Complaint. A true copy of USLI's Answer and Affirmative Defenses is attached hereto as Exhibit C.

6.      On November 15, 2022, USLI filed a Demand for a Bill of Particulars in which it demanded that Plaintiffs "[s]et forth the total amount of attorneys' fees, costs, disbursements and other expenses that [Seneca] has incurred in connection with its defense of Plaintiff 357-359 Sixth Ave. Associates, LLC with respect to the action filed by Frank Ruggiero and Amy Ruggiero in the Supreme Court of the State of New York, County of New York, Index No. 157388/2019 (the 'Ruggiero Action')" and "[s]et forth the total amount of attorneys' fees, costs, disbursements and other expenses incurred by Seneca in connection with the Ruggiero Action that Seneca seeks to recover from Defendant United States Liability Insurance Company in this action." A true copy of USLI's Demand for a Bill of Particulars is attached hereto as Exhibit D.

7.      On January 9, 2023, Plaintiffs served a Response to Demand for a Bill of Particulars in which they stated that Seneca has incurred $112,566.37 in attorney's fees, costs and disbursements to date in defending Sixth Ave in the Ruggiero Action and that Seneca seeks to recover past attorneys' fees, costs and disbursements totaling $111,662.87 from USLI, as well as future defense costs. A true copy of Plaintiffs' Response to Demand for a Bill of Particulars is attached hereto as Exhibit E.

8.      Based on Plaintiffs' Response to Demand for a Bill of Particulars, the amount in controversy in this case is in excess of $75,000, exclusive of interest and costs. *See* Ex. E.

9. Upon information and belief, Sixth Ave is a limited liability corporation duly organized and existing under the laws of the State of New York with its principal place of business in New York, New York. *See* Ex. A, Complaint at ¶ 1.

10. Upon information and belief, all of the members of Sixth Ave are residents of the State of New York and are not residents of the State of Nebraska or the Commonwealth of Pennsylvania.

11. Upon information and belief, Seneca is a corporation duly organized and existing under the laws of the State of New York with its principal place of business in New York, New York. *See* Ex. A, Complaint at ¶ 2.

12. USLI is a corporation duly organized and existing under the laws of the State of Nebraska with its principal place of business in Wayne, Pennsylvania.

13. Upon information and belief, diversity of jurisdiction existed at the commencement of this case and continues to exist on the date of the filing of this Notice.

14. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332, and the action is removable to this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

15. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is being filed within the 30-day time limit for removal.

16. As alleged in the Complaint, the property that is the subject matter of this action is located at 359 Sixth Avenue, New York, New York. *See* Ex. A, Complaint at ¶ 5.

17. Pursuant to 28 U.S.C. § 1391(b), venue is proper in this District because this action is currently pending in the Supreme Court of the State of New York, County of New York, a substantial part of the events or omissions allegedly giving rise to the claim occurred in this District, and the property that is the subject matter of this action is located in this District.

18. Pursuant to 28 U.S.C. § 1446(d), USLI will file a Notice of Filing of Notice of Removal with the Supreme Court of the State of New York, County of New York.

Dated: January 10, 2023

                                SAIBER LLC
                                270 Madison Avenue, Suite 1400
                                New York, New York 10016-0603
                                (646) 532-4646
                                Attorneys for Defendant
                                United States Liability Insurance Company

                                By: /s/Vincent J. Proto
                                       VINCENT J. PROTO

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I caused a copy of the foregoing to be served upon Plaintiffs' counsel, Eric A. Portuguese, Esq., Lester Schwab Katz & Dwyer, LLP, 100 Wall Street, New York, New York 10005, by overnight delivery and via electronic mail at eportuguese@lskdnylaw.com.

/s/Vincent J. Proto
Vincent J. Proto

Dated: January 10, 2023