USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023



**Saiber**
ATTORNEYS AT LAW

WRITER'S DIRECT DIAL: (973) 645-4815
WRITER'S DIRECT E-MAIL: vproto@saiber.com

> Defendant's request is GRANTED. The conference previously scheduled for April 4, 2023 is rescheduled for April 12, 2023 at 11:30 AM.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: March 17, 2023

March 15, 2023

**VIA ECF**
Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re:  357-359 Sixth Avenue Associates, LLC and Seneca Insurance Company, Inc. v. United States Liability Insurance Company
Civil Action No. 1:23-cv-220

Dear Judge Rearden:

We are counsel for Defendant United States Liability Insurance Company ("USLI").

On behalf of USLI, we are writing to request an adjournment of the Initial Pretrial Conference scheduled for April 4, 2023 at 11:30 a.m. The reason for this request is that I have a previously-scheduled mediation in another matter on April 4, 2023. Counsel for Plaintiffs 357-359 Sixth Avenue Associates, LLC and Seneca Insurance Company have consented to this request.

There have been no previous requests for an adjournment of the Initial Pretrial Conference, and there are no other scheduled appearances or existing deadlines in this case.

We have consulted with Plaintiffs' counsel on available dates for the Initial Pretrial Conference and can report that counsel for the parties are available from April 10-21, except for April 20 and the morning of April 11.

Accordingly, for the reasons stated herein, we respectfully request an adjournment of the Initial Pretrial Conference scheduled for April 4, 2023.

Respectfully submitted,

VINCENT J. PROTO

cc:  Eric A. Portuguese, Esq. (via email)
Jonathan Glasser, Esq. (via email)

Saiber LLC · 18 Columbia Turnpike, Suite 200 · Florham Park, New Jersey · 07932-2266 · Tel 973.622.3333 · Fax 973.622.3349 · www.saiber.com
Florham Park · Newark · New York · Philadelphia