```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
357-359 SIXTH AVE. ASSOCIATES, LLC and
SENECA INSURANCE COMPANY, INC.,

                    Plaintiffs,

      - against -

UNITED STATES LIABILITY INSURANCE
COMPANY,

                    Defendant.
------------------------------------------------------------X

23-CV-00220 (JHR) (RWL)

ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court will hold a conference to address Defendant's application concerning the Pacer Group report and Galasso deposition notice, the details of which will be provided by separate order. By October 2, 2023, Plaintiff Seneca shall provide the Pacer Report for in camera inspection accessible by email, either by emailing directly to chambers and/or providing password information for accessing the document.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 27, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1