```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
357-359 SIXTH AVE. ASSOCIATES, LLC and
SENECA INSURANCE COMPANY, INC.,

                Plaintiffs,

       - against -

UNITED STATES LIABILITY INSURANCE
COMPANY,

                Defendant.
-------------------------------------------------------------X

23-CV-00220 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The deadline for completion of discovery expired months ago. (See Dkts. 26 and 35.) The last entry on the docket is a protective order issued on October 10, 2023. (See Dkt. 37.) Accordingly, by February 28, 2024, the parties shall file a joint status report.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: February 21, 2024
       New York, New York

Copies transmitted this date to all counsel of record.